**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **CITI APPROVED ENTERPRISE L L C** | **CASE NO. 2:26-CV-02244** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GARRISON INDUSRIAL SERVICES L L C ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that RLI Insurance Company's Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 7) is **GRANTED**, dismissing the Complaint without prejudice for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in chambers on this 2nd day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**